UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2: 23-MJ-00057-VCF |
| Plaintiff, | ORDER CONTINUING BENCH TRIAL |
| vs. | |
| ANTHONY HITE, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for June 14, 2023, at the hour of 9:00 a.m., be vacated and continued o August 16, 2023 at 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this \_\_\_6th\_\_\_ day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3